LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Xiyi Fu (SBN 278274)
jackie.fu@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendant
Ditech Financial LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Claudia Sandoval,<br><br>Plaintiff,<br><br>vs.<br><br>Bank of America, N.A., DITECH FINANCIAL LLC (fka Green Tree Servicing, LLC), and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 5:17-cv-05753-BLF<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR AWARD OF ATTORNEY FEES AND BILL OF COSTS**<br><br><br><br>Complaint Filed: December 22, 2016 |

Plaintiff Claudia Sandoval ("Plaintiff") and defendant Ditech Financial LLC ("Ditech") stipulate as follows:

**RECITALS**

1. On February 2, 2018, this Court entered a judgment in favor of Plaintiff pursuant to Rule 68 of the Federal Rules of Civil Procedure. Accordingly, pursuant to L.R. 54-5(a) and L.R. 54-1(a), the deadline for filing a motion for an award of attorneys' fees and a bill of costs was February 16, 2018.

2.      On February 9, 2018, this Court entered an order approving the Parties' stipulation to extend the deadline to file a motion for an award of attorneys' fees and bill of costs to February 23, 2018.  Dkt. 44.

3.      On February 1, 2018, this Court granted Ditech's motion to enlarge the Parties' deadline to file their respective motions for award of attorneys' fees and bills of costs.  The current filing deadline is March 2, 2018.  Dkt. 48.

4.      The Parties are continuing to work on a potential resolution to Plaintiff's attorneys' fee and cost claims.

5.      Accordingly, the Parties agree to extend the deadline for filing their respective motions for award of attorneys' fees and bills of costs by one additional week, to March 9, 2018, and further agree not to file their respective motions before March 9, 2018.

6.      The Parties have reserved hearing dates for their respective motions for award of attorneys' fees and bills of costs.  This stipulation will not disturb these hearing dates.

7.      By signing this stipulation, neither Party concedes that the other Party is entitled to attorneys' fees and costs.

8.      The Parties stipulate that the extension requested herein is not requested for purposes of delay and will not result in any prejudice to the Parties or to the Court.

## **STIPULATION**

WHEREFORE, the Parties stipulate and agree:

1.      The deadline for either Party to file a motion for an award of attorneys' fees and bill of costs is extended to March 9, 2018.

2.      Neither Party will file a motion for an award of attorneys' fees and bill of costs before March 9, 2018.

3.      This stipulation will not change the hearing dates reserved for the Parties' respective motions for award of attorneys' fees and bills of costs.

2.      Neither Party concedes that the other Party is entitled to attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  March 1, 2018                                       Respectfully submitted,

                                                            LOCKE LORD LLP


                                                            By:   */s/ Regina J. McClendon*
                                                                    Regina J. McClendon
                                                                    Xiyi Fu
                                                            Attorneys for Defendant Ditech Financial LLC


Dated:  March 1, 2018                                       Respectfully submitted,


                                                            By:  */s/ Ronald Wilcox*
                                                                    Ronald Wilcox
                                                            Attorney for Plaintiff Claudia Sandoval


    Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: March 1, 2018                        */s/ Regina J. McClendon*
                                                         Regina J. McClendon

**[PROPOSED] ORDER**

Good cause appearing, the Court orders as follows:

1. The deadline for either Party to file a motion for an award of attorneys' fees and bill of costs is extended to March 9, 2018.

2. Neither Party shall file a motion for an award of attorneys' fees and bill of costs before March 9, 2018.

3. The hearing dates for the Parties' respective motions for award of attorneys' fees and bills of costs shall remain as previously scheduled.

IT IS SO ORDERED.

Dated:_____            _____
                                    Beth Labson Freeman
                                    United States District Judge

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

STIPULATION AND [PROPOSED] ORDER
*Sandoval v. Bank of America, N.A., et al.*, Case No. 5:17-cv-05753-BLF