# Exhibit A

**Pamela D. Simmons**
Attorney at Law
Pamela@pamelaw.com

**William J. Purdy, III**
Attorney at Law
Bill@pamelaw.com

# The Law Office of
# Simmons & Purdy

## Legal Services Invoice

2425 Porter Street, Suite 10
Soquel, California 95073

Phone: (831) 464-6884
Fax:  (831) 464-6886

www.pamelaw.com

| Bill To: |
|---|
| Claudia Sandoval |
| 352 Berry Road |
| Watsonville, CA 95076 |
| Re: Litigation |

| Date | Invoice # |
|---|---|
| 12/31/201 | 8552 |

**Due Upon Receipt**

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 12/8/2016 | Bill: Review and research Master and special servicing rules revise complaint. | 2.7 | 600.00 | 1,620.00 |
| 12/13/2016 | Bill: TC conf with client and co-counsel re strategy for trial. | 0.5 | 600.00 | 300.00 |
| 12/13/2016 | PS: TC with client and co-counsel regarding strategy for filing case. | 0.5 | 600.00 | 300.00 |
| 12/14/2016 | Bill: Research loan mod correspondence  and telephone PS prepare pre-litigation letter from client to Ditech. Research correct location to send letter. Obtain correct fax number send draft to co-counsel. TC co-counsel. | 1.2 | 600.00 | 720.00 |
| 12/20/2016 | Bill: Review draft from co-counsel, Conference with PS and e-mail co-counsel. | 0.2 | 600.00 | 120.00 |

| | | |
|---|---|---|
| **Total** | | $3,060.00 |
| **Payments/Credits** | | $0.00 |

**Please note for your records:**

## Balance Due:   $3,060.00

**\*\*Visa/Mastercard Accepted\*\***

**Pamela D. Simmons**
Attorney at Law
Pamela@pamelaw.com

**William J. Purdy, III**
Attorney at Law
Bill@pamelaw.com

# The Law Office of
# Simmons & Purdy

## Legal Services Invoice

2425 Porter Street, Suite 10
Soquel, California 95073

Phone: (831) 464-6884
Fax:  (831) 464-6886

www.pamelaw.com

| Bill To: |
| --- |
| Claudia Sandoval<br>352 Berry Road<br>Watsonville, CA 95076<br>Re: Litigation |

| Date | Invoice # |
| --- | --- |
| 3/31/2017 | 8730 |

**Due Upon Receipt**

| Date | Description | Time | Rate | Amount |
| --- | --- | --- | --- | --- |
| 3/9/2017 | Pamela: Review email from attorney for Ditech.  Send copy to co-counsel. Review response and send to attorney for Ditech. | 0.2 | 600.00 | 120.00 |
| 3/20/2017 | Bill: Review file and obtain confirm of substitution. Email co-counsel | 0.2 | 600.00 | 120.00 |
| 3/30/2017 | Pamela: Review copy of discovery propounded by co-counsel. Discuss with Bill Purdy. | 0.3 | 600.00 | 180.00 |
| 3/31/2017 | Pamela: Review amended RFP to be sent to opposing counsel by co-counsel Ron Wilcox. Send email requesting edits be made.  Review and make changes and send follow up email regarding other changes proposed to discovery. | 0.5 | 600.00 | 300.00 |

| | |
| --- | --- |
| **Total** | $720.00 |
| **Payments/Credits** | $0.00 |

**Please note for your records:**

**Balance Due:** **$720.00**

**\*\*Visa/Mastercard Accepted\*\***