# Exhibit A

**Pamela D. Simmons**
Attorney at Law
Pamela@pamelaw.com

**William J. Purdy, III**
Attorney at Law
Bill@pamelaw.com

# The Law Office of
# Simmons & Purdy

## Legal Services Invoice

2425 Porter Street, Suite 10
Soquel, California 95073

Phone: (831) 464-6884
Fax: (831) 464-6886

www.pamelaw.com

| Bill To: |
|---|
| Claudia Sandoval |
| 352 Berry Road |
| Watsonville, CA 95076 |
| Re: Litigation |

| Date | Invoice # |
|---|---|
| 12/31/2016 | 8552 |

**Due Upon Receipt**

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 12/8/2016 | Bill: Review and research Master and special servicing rules revise complaint. | 2.7 | 600.00 | 1,620.00 |
| 12/13/2016 | Bill: TC conf with client and co-counsel re strategy for trial. | 0.5 | 600.00 | 300.00 |
| 12/13/2016 | PS: TC with client and co-counsel regarding strategy for filing case. | 0.5 | 600.00 | 300.00 |
| 12/14/2016 | Bill: Research loan mod correspondence and telephone PS prepare pre-litigation letter from client to Ditech. Research correct location to send letter. Obtain correct fax number send draft to co-counsel. TC co-counsel. | 1.2 | 600.00 | 720.00 |
| 12/20/2016 | Bill: Review draft from co-counsel, Conference with PS and e-mail co-counsel. | 0.2 | 600.00 | 120.00 |

| | |
|---|---|
| Total | $3,060.00 |
| Payments/Credits | $0.00 |

**Please note for your records:**

**Balance Due:** **$3,060.00**

**Visa/Mastercard Accepted**

**Pamela D. Simmons**
Attorney at Law
Pamela@pamelaw.com

**William J. Purdy, III**
Attorney at Law
Bill@pamelaw.com

# The Law Office of
# Simmons & Purdy

## Legal Services Invoice

2425 Porter Street, Suite 10
Soquel, California 95073

Phone: (831) 464-6884
Fax: (831) 464-6886
www.pamelaw.com

| Bill To: |
| --- |
| Claudia Sandoval |
| 352 Berry Road |
| Watsonville, CA 95076 |
| Re: Litigation |

| Date | Invoice # |
| --- | --- |
| 1/31/2017 | 8729 |

**Due Upon Receipt**

| Date | Description | Time | Rate | Amount |
| --- | --- | --- | --- | --- |
| 1/5/2017 | Bill: Review email re filed complaint. Email co-counsel and confirm timing of adding counsel to case. | 0.7 | 600.00 | 420.00 |
| 1/6/2017 | Bill: Email from co-counsel and reply set up tickler to send any and all docs to co-counsel until their entry into the case. Conf w/PS. | 0.8 | 600.00 | 480.00 |
| 1/27/2017 | Follow-up with Cynthia re placing co-counsel on notice list Review email and respond regarding further contact with DiTEch and possible refi ant this juncture. | 0.1 | 600.00 | 60.00 |

|  | Total | $960.00 |
| --- | --- | --- |
|  | Payments/Credits | $0.00 |

**Please note for your records:**

**Balance Due:** **$960.00**

**\*\*Visa/Mastercard Accepted\*\***

**Pamela D. Simmons**
Attorney at Law
Pamela@pamelaw.com

**William J. Purdy, III**
Attorney at Law
Bill@pamelaw.com

# The Law Office of
# Simmons & Purdy

## Legal Services Invoice

2425 Porter Street, Suite 10
Soquel, California 95073

Phone: (831) 464-6884
Fax: (831) 464-6886

www.pamelaw.com

| Bill To: |
|---|
| Claudia Sandoval |
| 352 Berry Road |
| Watsonville, CA 95076 |
| Re: Litigation |

| Date | Invoice # |
|---|---|
| 2/28/2017 | 8731 |

**Due Upon Receipt**

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 2/7/2017 | Bill: Review email re attorney for defendant calling TC co-counsel regarding service of suit. Email re time to remove case to federal court. | 0.6 | 600.00 | 360.00 |
| 2/8/2017 | Bill: Follow-up email re proof of service waiver of right to remove, amendment of claim to add RESPA. | 0.6 | 600.00 | 360.00 |
| 2/13/2017 | Bill: Review pro forma answer to Sandoval complaint. Email co-counsel regarding formal entry into case. | 0.2 | 600.00 | 120.00 |
| 2/27/2017 | Bill: Review pro forma answer missing page 4 email co-counsel. | 0.5 | 600.00 | 300.00 |

| | |
|---|---|
| **Total** | $1,140.00 |
| **Payments/Credits** | $0.00 |

**Please note for your records:**

**Balance Due:** **$1,140.00**

**Visa/Mastercard Accepted**

| | | | | |
|---|---|---|---|---|
| **Pamela D. Simmons** <br> Attorney at Law <br> Pamela@pamelaw.com <br><br> **William J. Purdy, III** <br> Attorney at Law <br> Bill@pamelaw.com | **The Law Office of** <br> **Simmons & Purdy** <br><br> Legal Services Invoice | 2425 Porter Street, Suite 10 <br> Soquel, California 95073 <br><br> Phone: (831) 464-6884 <br> Fax: (831) 464-6886 <br><br> www.pamelaw.com | | |

| Bill To: |
|---|
| Claudia Sandoval |
| 352 Berry Road |
| Watsonville, CA 95076 |
| Re: Litigation |

| Date | Invoice # |
|---|---|
| 3/31/2017 | 8730 |

**Due Upon Receipt**

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 3/9/2017 | Pamela: Review email from attorney for Ditech. Send copy to co-counsel. Review response and send to attorney for Ditech. | 0.2 | 600.00 | 120.00 |
| 3/20/2017 | Bill: Review file and obtain confirm of substitution. Email co-counsel | 0.2 | 600.00 | 120.00 |
| 3/30/2017 | Pamela: Review copy of discovery propounded by co-counsel. Discuss with Bill Purdy. | 0.3 | 600.00 | 180.00 |
| 3/31/2017 | Pamela: Review amended RFP to be sent to opposing counsel by co-counsel Ron Wilcox. Send email requesting edits be made. Review and make changes and send follow up email regarding other changes proposed to discovery. | 0.5 | 600.00 | 300.00 |

| | Total | $720.00 |
|---|---|---|
| | Payments/Credits | $0.00 |

**Please note for your records:**

**Balance Due:** $720.00

**Visa/Mastercard Accepted**

**Pamela D. Simmons**
Attorney at Law
Pamela@pamelaw.com

**William J. Purdy, III**
Attorney at Law
Bill@pamelaw.com

# The Law Office of
# Simmons & Purdy

## Legal Services Invoice

2425 Porter Street, Suite 10
Soquel, California 95073

Phone: (831) 464-6884
Fax: (831) 464-6886

www.pamelaw.com

| Bill To: |
|---|
| Claudia Sandoval |
| 352 Berry Road |
| Watsonville, CA 95076 |
| Re: Litigation |

| Date | Invoice # |
|---|---|
| 4/30/2017 | 8732 |

**Due Upon Receipt**

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 4/4/2017 | Bill: Review favorable cases on IIED and invasion of privacy, email co-counsel. Review discovery docs and drafts by co-counsel and PS. | 0.7 | 600.00 | 420.00 |
| 4/11/2017 | Bill: TC opposing counsel in Sandoval regarding settlement proposal. TC co-counsel. Email co-counsel regarding substance of discussion with BofA counsel. | 0.8 | 600.00 | 480.00 |
| 4/18/2017 | Bill: TC co-counsel re docs to request from opposing counsel. Email opposing counsel with example of different possible doc request(s) in loan mod litigation. | 0.4 | 300.00 | 120.00 |

| | |
|---|---|
| Total | $1,020.00 |
| Payments/Credits | $0.00 |

**Please note for your records:**

**Balance Due:** **$1,020.00**

\*\*Visa/Mastercard Accepted\*\*

| | | |
|---|---|---|
| **Pamela D. Simmons** | # The Law Office of | 2425 Porter Street, Suite 10 |
| Attorney at Law | # Simmons & Purdy | Soquel, California 95073 |
| Pamela@pamelaw.com | | Phone: (831) 464-6884 |
| | | Fax: (831) 464-6886 |
| **William J. Purdy, III** | ## Legal Services Invoice | www.pamelaw.com |
| Attorney at Law | | |
| Bill@pamelaw.com | | |

| Bill To: |
|---|
| Claudia Sandoval |
| 352 Berry Road |
| Watsonville, CA 95076 |
| Re: Litigation |

| Date | Invoice # |
|---|---|
| 7/31/2017 | 8750 |

**Due Upon Receipt**

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 7/5/2017 | Bill: Review docs re discovery from BofA. Conf with PS. Telephone conference with co-counsel regarding discovery reply regarding errors made by BofA. Call of question is about errors made by BANA. Discuss means to pin down error more precisely and find evidence of further errors of the same type. Send CFPB update to co-counsel. | 0.7 | 600.00 | 420.00 |
| 7/28/2017 | Bill: Review correspondence regarding mediation from defendants. Email co-counsel review email details from co-counsel regarding errors by BofA. | 0.6 | 600.00 | 360.00 |

Total $780.00

Payments/Credits $0.00

**Balance Due:** **$780.00**

Please note for your records:

\*\*Visa/Mastercard Accepted\*\*

**Pamela D. Simmons**
Attorney at Law
Pamela@pamelaw.com

**William J. Purdy, III**
Attorney at Law
Bill@pamelaw.com

# The Law Office of
# Simmons & Purdy

## Legal Services Invoice

2425 Porter Street, Suite 10
Soquel, California 95073

Phone: (831) 464-6884
Fax:  (831) 464-6886

www.pamelaw.com

| Bill To: |
|---|
| Claudia Sandoval |
| 352 Berry Road |
| Watsonville, CA 95076 |
| Re: Litigation |

| Date | Invoice # |
|---|---|
| 8/31/2017 | 8778 |

**Due Upon Receipt**

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 8/2/2017 | Bill: Review email re expert for lending practices issue. Review Abacus.  Email trial attorney Dan Mulligan. | 0.3 | 600.00 | 180.00 |

|  |  |
|---|---|
| Total | $180.00 |
| Payments/Credits | $0.00 |

**Please note for your records:**

**Balance Due:** **$180.00**

\*\*Visa/Mastercard Accepted\*\*

**Pamela D. Simmons**
Attorney at Law
Pamela@pamelaw.com

**William J. Purdy, III**
Attorney at Law
Bill@pamelaw.com

# The Law Office of
# Simmons & Purdy

## Legal Services Invoice

2425 Porter Street, Suite 10
Soquel, California 95073

Phone: (831) 464-6884
Fax:  (831) 464-6886

www.pamelaw.com

| Bill To: |
| --- |
| Claudia Sandoval |
| 352 Berry Road |
| Watsonville, CA 95076 |
| Re: Litigation |

| Date | Invoice # |
| --- | --- |
| 9/30/2017 | 8791 |

**Due Upon Receipt**

| Date | Description | Time | Rate | Amount |
| --- | --- | --- | --- | --- |
| 9/21/2017 | Bill: Review email and docs discuss removal and amendment to add new claims that are supported by discovery. Conference with PS. | 0.7 | 600.00 | 420.00 |

Total $420.00

Payments/Credits $0.00

**Please note for your records:**

**Balance Due:** **$420.00**

**Visa/Mastercard Accepted**

**Pamela D. Simmons**
Attorney at Law
Pamela@pamelaw.com

**William J. Purdy, III**
Attorney at Law
Bill@pamelaw.com

# The Law Office of
# Simmons & Purdy

## Legal Services Invoice

2425 Porter Street, Suite 10
Soquel, California 95073

Phone: (831) 464-6884
Fax:   (831) 464-6886

www.pamelaw.com

| Bill To: |
| --- |
| Claudia Sandoval
352 Berry Road
Watsonville, CA 95076
Re: Litigation |

| Date | Invoice # |
| --- | --- |
| 10/31/201 | 8824 |

**Due Upon Receipt**

| Date | Description | Time | Rate | Amount |
| --- | --- | --- | --- | --- |
| 10/11/2017 | Bill: Review response from BofA Note refusal to supply any of procedures and policies re serving and transfer of loans that are modified or will be modified. | 0.8 | 600.00 | 480.00 |
| 10/12/2017 | Bill: Review BofA discovery responses and note refusal to provide procedures and p0olieis and guidelines for servicing and transferring modified loans. | 0.8 | 600.00 | 480.00 |
| 10/25/2017 | Bill: TC co-counsel re confirmation of removal with Santa Cruz Superior Court. TC Santa Cruz Superior court and speak with clerk confirm removal and motion to compel off calendar for Friday at Santa Cruz Superior. Email co-counsel | 0.4 | 600.00 | 240.00 |

**Total**

**Payments/Credits**

**Please note for your records:**

**Balance Due:**

**\*\*Visa/Mastercard Accepted\*\***

Page 1

**Pamela D. Simmons**
Attorney at Law
Pamela@pamelaw.com

**William J. Purdy, III**
Attorney at Law
Bill@pamelaw.com

# The Law Office of
# Simmons & Purdy

## Legal Services Invoice

2425 Porter Street, Suite 10
Soquel, California 95073

Phone: (831) 464-6884
Fax:  (831) 464-6886

www.pamelaw.com

| Bill To: |
|---|
| Claudia Sandoval |
| 352 Berry Road |
| Watsonville, CA 95076 |
| Re: Litigation |

| Date | Invoice # |
|---|---|
| 10/31/201 | 8824 |

**Due Upon Receipt**

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 11/3/2017 | Bill: Telephone conference with co-counsel re motion to dismiss and tort claims in contract setting. Send oppose to BofA demurrer on subject . Send research re Fleet case send via email cases involving non-contract claims against banks. | 0.9 | 600.00 | 540.00 |

|  |  |
|---|---|
| Total | $1,740.00 |
| Payments/Credits | $0.00 |

**Please note for your records:**

**Balance Due:    $1,740.00**

\*\*Visa/Mastercard Accepted\*\*

**Pamela D. Simmons**
Attorney at Law
Pamela@pamelaw.com

**William J. Purdy, III**
Attorney at Law
Bill@pamelaw.com

# The Law Office of
# Simmons & Purdy

## Legal Services Invoice

2425 Porter Street, Suite 10
Soquel, California 95073

Phone: (831) 464-6884
Fax: (831) 464-6886

www.pamelaw.com

| Bill To: |
|---|
| Claudia Sandoval |
| 352 Berry Road |
| Watsonville, CA 95076 |
| Re: Litigation |

| Date | Invoice # |
|---|---|
| 11/30/201 | 8748 |

**Due Upon Receipt**

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 11/29/2017 | Bill: Review letter from opposing counsel with payment history April to November 2017. Conf with PS and prelim review of payment history | 0.6 | 600.00 | 360.00 |

**Total** $360.00

**Payments/Credits** $0.00

**Please note for your records:**

**Balance Due:** **$360.00**

\*\*Visa/Mastercard Accepted\*\*

**Pamela D. Simmons**
Attorney at Law
Pamela@pamelaw.com

**William J. Purdy, III**
Attorney at Law
Bill@pamelaw.com

# The Law Office of
# Simmons & Purdy

## Legal Services Invoice

2425 Porter Street, Suite 10
Soquel, California 95073

Phone: (831) 464-6884
Fax: (831) 464-6886

www.pamelaw.com

| Bill To: |
|---|
| Claudia Sandoval |
| 352 Berry Road |
| Watsonville, CA 95076 |
| Re: Litigation |

| Date | Invoice # |
|---|---|
| 12/29/201 | 8749 |

**Due Upon Receipt**

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 12/6/2017 | Bill: TC co-counsel regarding response to Dec 19 ADR Conf. Confirm co-counsel to attend w/o S&P. discuss offers and litigation strategy. DIscuss use of videotaped interview with client. Begin search for examples of videos from NCLC class. | 0.8 | 600.00 | 480.00 |

| | |
|---|---|
| **Total** | **$480.00** |
| **Payments/Credits** | **$0.00** |

**Please note for your records:**

**Balance Due:** **$480.00**

**\*\*Visa/Mastercard Accepted\*\***

**Pamela D. Simmons**
Attorney at Law
Pamela@pamelaw.com

**William J. Purdy, III**
Attorney at Law
Bill@pamelaw.com

# The Law Office of
# Simmons & Purdy

## Legal Services Invoice

2425 Porter Street, Suite 10
Soquel, California 95073

Phone: (831) 464-6884
Fax: (831) 464-6886

www.pamelaw.com

| Bill To: |
|---|
| Claudia Sandoval |
| 352 Berry Road |
| Watsonville, CA 95076 |
| Re: Litigation |

| Date | Invoice # |
|---|---|
| 1/29/2018 | 8750 |

**Due Upon Receipt**

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 1/9/2018 | Bill: Follow-up re J Causey and video exemplar for use by co-counsel confirm and supply contact locally for video production. Email to and from co-counsel. TC J. Causey. | 1.1 | 600.00 | 660.00 |

| | |
|---|---|
| **Total** | $660.00 |
| **Payments/Credits** | $0.00 |

**Please note for your records:**

**Balance Due:** **$660.00**

**\*\*Visa/Mastercard Accepted\*\***